UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA DABROWSKI and<br>JULIUSZ DABROWSKI<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION, dba AMTRAK;<br>and DOES 1 to 100<br><br>    Defendants.<br>_____/ | Case. No. 2:14-cv-01381-WBS-EFB<br><br><br>**STIPULATION AND ORDER OF<br>DISMISSAL** |

| | |
|---|---|
| Jacob D. Flesher, Esq. CSB # 210565<br>Jeremy J. Schroeder, Esq. CSB # 223118<br>Flesher McKague, LLP<br>Attorneys for Defendants<br>2202 Plaza Drive<br>Rocklin, CA 95765<br>FAX (916) 673-9672 | Steven H. Schultz CSB # 163543<br>LAW OFFICES OF STEVEN H. SCHULTZ<br>Attorney for Plaintiffs<br>701 Howe Avenue, Suite A3<br>Sacramento, CA 95825<br>FAX (916) 922-1921 |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, LIDIA DABROWSKI and JULIUSZ DABROWSKI, on the one hand (collectively "Plaintiffs"), and Defendant, NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, on the other, through their designated counsel, that the Court dismiss the above-entitled matter, with prejudice, pursuant to Federal Rules of Civil Procedure rule 41(a)(1). Each party agrees to bear their own fees and costs.

2

DATED: June __29___, 2015                    LAW OFFICES OF STEVEN H. SCHULTZ


By _____/s/_____
    STEVEN H. SCHULTZ, ESQ.
    Attorneys for plaintiffs
    LIDIA DABROWSKI and
    JULIUSZ DABROWSKI


DATED: June __29___, 2015                    FLESHER McKAGUE LLP


By _____/s/_____
    JACOB D. FLESHER, ESQ.
    JEREMY J. SCHROEDER, ESQ.
    Attorneys for defendant,
    NATIONAL RAILROAD PASSENGER
    CORPORATION dba AMTRAK

**IT IS SO ORDERED**:

Dated:  July 14, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE